**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| COLDWELL BANKER REAL ESTATE LLC, | Civil Action No.: 09-5513(JLL) |
| Plaintiff, | **ORDER ADOPTING** |
| v. | **May 14, 2010** |
| EXECUTIVE RESIDENTIAL CONSULTANTS, INC. et al., | **REPORT AND RECOMMENDATION** |
| Defendants. | |

This Court referred to the Honorable Claire C. Cecchi, United States Magistrate Judge, pursuant to 28 U.S.C. § 636 (b)(1)(B), Defendants' motions to dismiss and/or transfer this action pursuant to 28 U.S.C. § 1404(a) and/or § 1406 (a) to the United District Court for the Southern District of Florida. Magistrate Judge Cecchi filed a Report and Recommendation in connection with Defendants' motions on May 14, 2010. Having reviewed the Report and Recommendation, and having received no objection thereto, and for good cause shown,

IT IS on this 1st day of June, 2010,

**ORDERED** that the Report and Recommendation of Magistrate Judge Cecchi filed on May 14, 2010 [CM/ECF No. 20] is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Defendants' motions to dismiss and/or transfer [CM/ECF Nos. 2 & 4] are **GRANTED**;

**ORDERED** that this matter is transferred to the United States District Court for the Southern District of Florida.

Jose L. Linares
United States District Judge